# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON, | CASE NO. 1:09-cv-01268-LJO-SMS PC |
|                Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
|    v. | |
| FEDERAL BUREAU OF PRISONS, | (Doc. 4) |
|                Defendant. | |
| _____/ | |

Plaintiff Tony Richardson, a federal prisoner proceeding pro se, filed this action on July 21, 2009.  Plaintiff has not paid the $350.00 filing fee or filed an application seeking leave to proceed in forma pauperis, despite being ordered on July 27, 2009, to do so within thirty days.

This action may not proceed absent submission of the filing fee or an application to proceed in forma pauperis.  Accordingly, this action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to pay the filing fee or seek leave to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   September 23, 2009**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1